# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-3103

_____

Patricia Barnes

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner, Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: November 3, 2014
Filed: November 19, 2014
[Unpublished]

_____

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Patricia Barnes appeals from the order of the District Court[1] affirming the denial of disability insurance benefits and supplemental security income. For

_____

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas.

reversal, Barnes argues that the administrative law judge (ALJ) failed to adequately inform her of her right to counsel, to develop the record as to her mental impairments, to assess her credibility properly, and to include all of her limitations in questioning the vocational expert. She also argues that new evidence warrants a remand. Because we conclude that the ALJ's determination is supported by substantial evidence on the record as a whole and that Barnes's arguments are either waived or do not support reversal, we affirm the District Court's judgment. See 8th Cir. R. 47B.

———————————————